# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0613

VERSUS

HOLLIS MATEN                                          **AUGUST 12, 2022**

---

In Re:   Hollis Maten, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 01-09-0815.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

    **WRIT GRANTED.** The district court is instructed to act on relator's Motion for Production of Documents, filed April 8, 2022, if it has not already done so.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

a.snl
_____
DEPUTY CLERK OF COURT
    FOR THE COURT